UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KHALED MALLOUH SHAYE ALGAHTANI, by and through his Next Friend SHABIB MALLOUH SHAYE ALGAHTANI, | ) ) ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-1769 (RCL) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## PROTECTIVE ORDER

Having considered petitioners' Motion [3] for Protective Order, the memorandum in support, the opposition and reply thereto, and the entire record herein, it is hereby

ORDERED, that the petitioners' Motion [3] is GRANTED, and that the Amended Protective Order and Procedures for Counsel access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, in *In re Guantanamo Detainee Cases*, Civil Action No. 02-299 (JHG), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in *In re Guantanamo Detainee Cases*, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in *In re Guantanamo Detainee Cases*, shall apply in the above-captioned case.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 11, 2007.