# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED MALLOUH SHAYE ALGAHTANI,)<br>by and through his Next Friend SHABIB    )<br>MALLOUH SHAYE ALGAHTANI,                )<br>    Riyadh, Saudi Arabia                                 )<br>                                                                        )<br>*Petitioners,*                                                  )<br>                                                                        )<br>   v.                                                        )<br>                                                                        )<br>GEORGE W. BUSH, DONALD RUMSFELD,)<br>REAR ADM. HARRY B. HARRIS, JR.,         )<br>ARMY COL. WADE F. DAVIS,                      )<br>                                                                        )<br>*Respondents*.                                              ) | No. 1:06-cv-01769 RCL |

## NOTICE OF FILING

Please take notice that Petitioners' counsel Jeffrey D. Colman hereby files his Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

/s/ Jeffrey D. Colman                             Dated: January 12, 2007
Jeffrey D. Colman
   Illinois Bar No. 491160
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2940
Fax: (312) 840-7340
Email: jcolman@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing and the attached Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement were served upon the following counsel of record by the CM/ECF system on the 12th day of January, 2007:

>Terry Marcus Henry
>United States Department of Justice
>Email: terry.henry@usdoj.gov
>
>James C. Luh
>United States Department of Justice
>Email: james.luh@usdoj.gov
>
>  /s/Jeffrey D. Colman
>Jeffrey D. Colman
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, Illinois 60611
>Tel: (312) 923-2940
>Fax: (312) 840-7340
>Email: jcolman@jenner.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KHALED MALLOUH SHAYE ALGAHTANI,)<br>by and through his Next Friend SHABIB )<br>MALLOUH SHAYE ALGAHTANI, )<br>    Riyadh, Saudi Arabia )<br> )<br>*Petitioners,* )<br> )<br>    v. )<br> )<br>GEORGE W. BUSH, DONALD RUMSFELD, )<br>REAR ADM. HARRY B. HARRIS, JR., )<br>ARMY COL. WADE F. DAVIS, )<br> )<br>*Respondents*. ) | No. 1:06-cv-01769 RCL |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; the Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)  I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of

2

Columbia in the case captioned *Khaled Mallouh Shaye Algahtani*, Case No. 1:06-CV-1769 (RCL).

(2)    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Khaled Mallouh Shaye Algahtani*, Case No. 1:06-CV-1769 (RCL), and I agree to comply with the provisions thereof.

DATED:  January 12, 2007                BY:  Jeffrey D. Colman_____

                                        SIGNED: /s/ Jeffrey D. Colman_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KHALED MALLOUH SHAYE ALGAHTANI, )
by and through his Next Friend SHABIB )
MALLOUH SHAYE ALGAHTANI, )
    Riyadh, Saudi Arabia )
    )
*Petitioners*, )
    ) No. 1:06-cv-01769 RCL
  v. )
    )
GEORGE W. BUSH, DONALD RUMSFELD, )
REAR ADM. HARRY B. HARRIS, JR., )
ARMY COL. WADE F. DAVIS, )
    )
*Respondents*. )

**ACKNOWLEDGEMENT**

Counsel for Petitioners, Jeffrey D. Colman, hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Khaled Mallouh Shaye Algahtani*, Case No. 1:06-CV-1769 (RCL), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED:  January 12, 2007       BY:       Jeffrey D. Colman    
                                                                               (type or print name)

                                                        SIGNED:/s/ Jeffrey D. Colman