**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KHALED MALLOUH SHAYE ALGAHTANI,) | |
| by and through his Next Friend SHABIB ) | |
| MALLOUH SHAYE ALGAHTANI, ) | |
| Riyadh, Saudi Arabia ) | |
| ) | |
| *Petitioners,* ) | |
| ) | No. 1:06-cv-01769 RCL |
| v. ) | |
| ) | |
| GEORGE W. BUSH, DONALD RUMSFELD,) | |
| REAR ADM. HARRY B. HARRIS, JR., ) | |
| ARMY COL. WADE F. DAVIS, ) | |
| ) | |
| *Respondents.* ) | |

<u>**NOTICE OF FILING**</u>

Please take notice that Petitioners' counsel Matthew R. Devine hereby files his

Memorandum of Understanding Regarding Access to Classified National Security Information

and Acknowledgement in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

<u>/s/ Matthew R. Devine</u>                    Dated: January 12, 2007
Jeffrey D. Colman
    Illinois Bar No. 6282744
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-7415
Fax: (312) 840-7515
Email: mdevine@jenner.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Filing and the attached Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement were served upon the following counsel of record by the CM/ECF system on the 12th of January, 2007:

Terry Marcus Henry
United States Department of Justice
Email: terry.henry@usdoj.gov

James C. Luh
United States Department of Justice
Email: james.luh@usdoj.gov

  /s/Matthew R. Devine
Matthew R. Devine
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-7415
Fax: (312) 840-7515
Email: mdevine@jenner.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KHALED MALLOUH SHAYE ALGAHTANI,)
by and through his Next Friend SHABIB )
MALLOUH SHAYE ALGAHTANI, )
     Riyadh, Saudi Arabia )
      )
*Petitioners,* )
      )     No.  1:06-cv-01769 RCL
     v. )
      )
GEORGE W. BUSH,  DONALD RUMSFELD,)
REAR ADM. HARRY B. HARRIS, JR., )
ARMY COL. WADE F. DAVIS, )
      )
*Respondents.* )

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
<u>CLASSIFIED NATIONAL SECURITY INFORMATION</u>**

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; the Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 <u>et</u> <u>seq.</u>; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government.  In consideration for the disclosure of classified information and documents:

(1)     I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of

Columbia in the case captioned *Khaled Mallouh Shaye Algahtani*, Case No. 1:06-CV-1769 (RCL).

(2)     I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Khaled Mallouh Shaye Algahtani*, Case No. 1:06-CV-1769 (RCL)., and I agree to comply with the provisions thereof.

DATED:  January 12, 2007                    BY:  Matthew R. Devine_____

                                             SIGNED: /s/ Matthew R. Devine____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KHALED MALLOUH SHAYE ALGAHTANI,)
by and through his Next Friend SHABIB    )
MALLOUH SHAYE ALGAHTANI,             )
     Riyadh, Saudi Arabia                 )
                                      )

*Petitioners,*                        )
                                        )    No.  1:06-cv-01769 RCL

     v.                               )
                                        )

GEORGE W. BUSH,  DONALD RUMSFELD,)
REAR ADM. HARRY B. HARRIS, JR.,       )
ARMY COL. WADE F. DAVIS,              )
                                        )

*Respondents.*                        )

## ACKNOWLEDGEMENT

       Counsel for Petitioners, Matthew R. Devine, hereby acknowledges that he has read the

Protective Order entered in the United States District Court for the District of Columbia in the

case captioned *Khaled Mallouh Shaye Algahtani*, Case No. 1:06-CV-1769 (RCL), understands

its terms, and agrees to be bound by each of those terms.  Specifically, and without limitation,

the undersigned agrees not to use or disclose any protected information or documents made

available to him/her other than as provided by the Protective Order.  The undersigned

acknowledges that his/her duties under the Protective Order shall survive the termination of this

case and are permanently binding, and that failure to comply with the terms of the Protective

Order may result in the imposition of sanctions by the Court.


DATED:  <u>January 12, 2007</u>     BY: <u>            Matthew R. Devine       </u>
                                                 (type or print name)


                                         SIGNED:<u>/s/ Matthew R. Devine          </u>