IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED MALLOUH SHAYE ALGAHTANI,)<br>by and through his Next Friend SHABIB   )<br>MALLOUH SHAYE ALGAHTANI,           )<br>　　Riyadh, Saudi Arabia                          )<br>                                                                  )<br>*Petitioners,*                                              )<br>                                                                  )<br>　　v.                                                         )<br>                                                                  )<br>GEORGE W. BUSH, DONALD RUMSFELD,)<br>REAR ADM. HARRY B. HARRIS, JR.,          )<br>ARMY COL. WADE F. DAVIS,                    )<br>                                                                  )<br>*Respondents*.                                           ) | No. 1:06-cv-01769 RCL |

## NOTICE OF FILING

Please take notice that on May 3, 2007 at approximately 4 p.m. eastern time Petitioner's counsel filed an Opposition to Respondents' Motion to Dismiss, a Motion for Stay-and-Abey Order and a Notice of Intention to File a Petition under the Detainee Treatment Act. Petitioner's counsel filed this document with the Court Security Officer pursuant to the terms of the Protective Order.

Respectfully submitted,                                        Dated: May 3, 2007

　/s/ Matthew R. Devine_____
Jeffrey D. Colman
　　Illinois Bar No. 491160
Matthew R. Devine
　　Illinois Bar No. 6282744
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2940
Fax: (312) 840-7340
Email: mdevine@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007, I caused the foregoing Notice of Filing to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Judry Laeb Subar
>United States Department of Justice
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>20 Massachusetts Avenue NW
>Washington, D.C. 20044

>_____/s/ Matthew R. Devine_____
>Matthew R. Devine
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, Illinois 60611
>T: (312) 840-7415
>F: (312) 840-7515
>Email: mdevine@jenner.com