UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALED MALLOUH SHAYE ALGAHTANI, ) ) ) )  Petitioners, ) ) v. ) ) GEORGE W. BUSH, *et al.*, ) ) Respondents. ) ) | Civil Action No. 06-1769 (RCL) |

## ORDER

It is hereby ORDERED that petitioner's Motion [6] for an Order to Show Cause is DENIED, without prejudice to filing a new motion after a final ruling as to whether this Court has jurisdiction.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 8, 2007.