IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALID MALLOUH SHAYE ALGAHTANI,<br>By and through his Next Friend SHABIB<br>MALLOUH SHAYE ALGAHTANI, Riyadh, Saudi<br>Arabia,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD,<br>REAR ADM. HARRY B. HARRIS, JR., and<br>ARMY COL. WADE F. DAVIS,<br><br>    Respondents. | No. 1:06 CV 01769 (RCL) |

## ATTORNEY APPEARANCE AND CERTIFICATION OF PRO BONO PREPRESENTATION

Pursuant to Local Rule 83.2(g), Sapna G. Lalmalani hereby enters her appearance as counsel for Petitioner in the above-captioned case. Ms. Lalmalani certifies that she is a member in good standing of the Illinois Supreme Court bar and that she has undertaken the representation of Petitioner without compensation.

Respectfully submitted,

*/s/ Sapna G. Lalmalani*

Sapna G. Lalmalani
   Illinois Bar No. 6291718
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2855
Fax: (312) 923-2955
Email: slalmalani@jenner.com

Dated: December 18, 2007

| | |
|---|---|
| Thomas P. Sullivan<br>Jeffrey D. Colman<br>David J. Bradford<br>JENNER & BLOCK LLP<br>330 North Wabash Avenue<br>Chicago, IL 60611<br>Tel: (312) 222-9350<br>Fax: (312) 527-0484 | David W. DeBruin (DDC Bar No. 337626)<br>JENNER & BLOCK LLP<br>601 13th Street NW<br>Suite 1200<br>Washington, D.C. 20005-3823<br>Tel: (202) 639-6000<br>Fax: (202) 639-6066 |

ATTORNEYS FOR PETITIONERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Attorney Appearance and Certification of Pro Bono Representation was served upon the following counsel of record by the CM/ECF system on the 18th day of December, 2007:

> Terry Marcus Henry
> United States Department of Justice
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC 20530
> Email: terry.henry@usdoj.gov
>
> Preeya M. Noronha
> United States Department of Justice
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC 20530
> Email: preeya.noronha@usdoj.gov

_____
Sapna G. Lalmalani