APPROVED FOR PUBLIC FILING BY THE CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TF)<br>Civil Action No. 1:06-cv-01769<br>(RCL) |

## PETITIONER KHALED MALLOUH SHAYE ALGAHTANI'S STATUS REPORT

Pursuant to Judge Hogan's July 3, 2008 order, Petitioner Khaled Mallouh Shaye Algahtani, by and through his brother and next friend, Shabib Mallouh Shaye Algahtani, respectfully submits this Status Report. Petitioner states as follows:

1. Petitioner was incarcerated by the United States military at the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo") beginning in approximately 2002.

2. While he was incarcerated, Petitioner was, for all purposes, denied contact with the outside world. His mail communication was severely restricted. He was not permitted to speak with others via telephone. Petitioner was not allowed to work and had no income.

3. On October 16, 2006, with the consent of his brother and next friend, a petition for *habeas corpus* was filed on Petitioner's behalf in this Court to require the government to present evidence to justify his continued imprisonment. *See Algahtani v. Bush*, No. 06-1769 (D.D.C. Oct. 16, 2006).

4. On December 31, 2007, Respondents filed a notice in this case stating that Petitioner had been transferred from Guantánamo to the Kingdom of Saudi Arabia and was no longer in the custody of the United States. *See* Dkt. 21.

APPROVED FOR PUBLIC FILING BY THE CSO

5. Petitioner was transferred without notice to his lawyers, without explanation, without apology, and without compensation for the years of unnecessary, incommunicado confinement to which he was subjected.

6. Petitioner continues to reserve all rights and remedies available to him under the Constitution of the United States, the laws and treaties of the United States, and international law due to his imprisonment.

Dated:  July 14, 2008

Respectfully submitted,

\_David W. DeBruin_____
One of the Attorneys for the Petitioner

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, DC  20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

Jeffrey D. Colman
Sapna G. Lalmalani
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2940
Fax: (312) 840-7340

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Status Report was served upon the following counsel of record by the CM/ECF system on July 14, 2008:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

\_\_\_/s/ David W. DeBruin_____
David W. DeBruin