**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KHALED MALLOUH SHAYE ALGAHTANI,)
by and through his Next Friend SHABIB    )
MALLOUH SHAYE ALGAHTANI,     )
    Riyadh, Saudi Arabia      )
     )
*Petitioners,*      )
     )    No.  1:06-cv-01769 RCL
  v.      )
     )
GEORGE W. BUSH,  DONALD RUMSFELD, )
REAR ADM. HARRY B. HARRIS, JR.,   )
ARMY COL. WADE F. DAVIS,    )
     )
*Respondents.*      )

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Sapna G. Lalmalani of the law firm of Jenner & Block

LLP hereby withdraws as counsel of record for Petitioner Khaled Mallouh Shaye Algahtani.

There is no evidentiary hearing date currently set in this habeas corpus action.  Jenner & Block

LLP will continue as counsel for Petitioner in the above-captioned matter.

Dated:  September 2, 2010       Respectfully submitted,


          BY:  /s/ Sapna G. Lalmalani


          JENNER & BLOCK LLP
          353 North Clark Street
          Chicago, Illinois  60654
          Telephone:  (312) 222-9350
          Facsimile:   (312) 527-0484

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2010, I caused the foregoing Notice of Filing to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

Terry Henry
U.S. Department of Justice, Civil Division
P.O. Box 883
20 Massachusetts Avenue, NW, Suite 7212
Washington, DC 20044
Email: terry.henry@usdoj.gov

Judry Laeb Subar
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20530
Email: judry.subar@usdoj.gov

Jean Lin
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Suite 7218
Washington, DC 20530
Email: jean.lin@usdoj.gov

Andrew I. Warden
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington , DC 20530
Email: andrew.warden@usdoj.gov

Kathryn Celia Mason
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Room 7221
Washington , DC 20001
Email: Kathryn.Mason@usdoj.gov

/s/ Sapna G. Lalmalani

2